IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO: | : : | |
| MARTINEZ, et al., Plaintiffs, v. WYETH, et al. Defendants. | : : : : : : | CIVIL ACTION NO. 02-20135 |
| MELDER, et al., Plaintiffs, v. WYETH, et al. Defendants. | : : : : : : : | CIVIL ACTION NO. 02-20142 |

**PRETRIAL ORDER NO. _____**

AND NOW, this \_\_\_\_ day of _____, 2004, it is hereby ORDERED that Report and Recommendation No. 13 of Special Discovery Master (as to Wyeth's Motion to Strike in the Martinez and Melder Matters) is hereby AFFIRMED.

It is further ORDERED that:

(1) Wyeth's Motion to Strike in the Martinez and Melder Matters (Doc. No. 204553) is DENIED;

(2) Plaintiffs be sanctioned _____ for failure to comply with Federal Rule of Civil Procedure 16(f); and

(3)  Plaintiff Martinez shall supplement her expert report in compliance with Federal Rule of Civil Procedure 26 within thirty (30) days of the date of this Order.

BY THE COURT:

_____
Harvey Bartle III         J.