IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) : : : | MDL DOCKET NO. 1203 |

THIS ORDER RELATES TO THE
O'QUINN LAW FIRM (f/k/a O'QUINN,
LAMINACK & PIRTLE) CASES
LISTED ON EXHIBITS A & B

### PRETRIAL ORDER NO. _____

AND NOW TO WIT: This _____ day of _____ 2007 it having been advised that all claims between all the parties in the cases listed on Exhibits A and B have been settled, and upon Order of the Court pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby:

ORDERED that, pursuant to agreement of counsel, the actions listed on Exhibits A and B, including any and all claims, counterclaims, cross-claims and third party claims therein are DISMISSED with prejudice and without costs as to all parties.

MICHAEL E. KUNZ, Clerk of Court

BY: _____s/Tom Dempsey_____
      Tom Dempsey
      Deputy Clerk

**EXHIBIT A**
The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Single Plaintiff Cases
6/5/2007

| # | Plaintiff Name | MDL No. | Transferor Court |
|---|---|---|---|
| 1 | Torrence, Orelia | 03-20065 | LAE |
| 2 | Satterwhite, Bob | 03-20403 | TXS |
| 3 | Henley, Ida Rose | 04-20877 | TXN |
| 4 | Rogers, Margaret | 04-21392 | TXS |
| 5 | Mitchell, Cindy | 04-21607 | TXS |
| 6 | Walker, Michelle | 05-22192 | LAE |
| 7 | Grabowski, Edward | 05-25569 | TXE |

**EXHIBIT B**

The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Multi Plaintiff Cases
6/5/2007

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | Perez, Tefferny | Martinez, Peggy (Alfonso Intervention) | 02-20135 | LAE |
| 2 | Livas, Shawnell | Bergeron, Rosalie | 02-20136 | LAE |
| 3 | Smith, Katherine | Bergeron, Rosalie | 02-20136 | LAE |
| 4 | Mar, Charleen | Acosta, Cynthia, et al. | 02-20143 | LAE |
| 5 | Marshal, Trudy | Daigle, Roselyn | 03-20130 | LAE |
| 6 | Young, Paula | King, Grace | 03-20132 | LAE |
| 7 | Moore, Kandace | Guidry-Granger, Mary Priscilla, et al. | 04-20333 | TXE |
| 8 | Walker, Bonnie | Roy, Alberta A., et al. | 04-26970 | TXE |