IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) ) ) ) ) | MDL DOCKET NO. 1203 |
| THE O'QUINN LAW FIRM (f/k/a O'QUINN, LAMINACK & PIRTLE) CASES LISTED ON EXHIBIT A ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | |
| WYETH, AMERICAN HOME PRODUCTS CORPORATION; WYETH-AYERST DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND A.H. ROBINS COMPANY, INCORPORATED, ) ) ) ) ) ) ) | |
| Defendants, ) ) | |

## STIPULATION AND PRETRIAL ORDER NO. 7330

AND NOW TO WIT: this 26th day of July 2007 it is hereby STIPULATED, ADJUDGED and DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that pursuant to agreement of counsel, the actions listed on Exhibit A, are DISMISSED with prejudice as to all named Defendants, with each party to bear its own costs and counsel fees.

APPROVED AND SO ORDERED:

_____
Judge Harvey Bartle, III

_____
Christopher K. Gilbert
THE O'QUINN LAW FIRM
(f/k/a O'QUINN, LAMINACK & PIRTLE)
440 Louisiana, Suite 2300
Houston, TX 77002

Counsel for Plaintiffs

_____
Jeffrey A. Burt
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Counsel for Wyeth

EXHIBIT A

The O'Quinn Law Firm (f/k/a O'Quinn, Laminack & Pirtle)
MDL Plaintiffs
Multi Plaintiff Cases
7/23/2007

| # | Plaintiff Name | Case Name | MDL No. | Transferor Court |
|---|---|---|---|---|
| 1 | Vicknair, Helaine | Martinez, Peggy (Alfonso Intervention) | 02-20135 | LAE |