IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS ) <br> (Phentermine/Fenfluramine/Dexfenfluramine) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> PEGGY MARTINEZ, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN HOME PRODUCTS ) <br> CORPORATION, et al., ) <br> ) <br> Defendants. ) <br> ) | MDL NO. 1203 <br><br><br><br> Civil Action No: 2:02-cv-20135-HB |

### DAVID SANCHEZ AND TRACY MICHELLE MANGLES'

### MOTION FOR SUBSTITUTION

David Sanchez and Tracy Michelle Mangles file this motion for substitution of parties and show the following:

1.  Intervenor Plaintiff Sandra Sanchez passed away on October 7, 2005. David Sanchez and Tracy Michelle Mangles are the decedent's son and daughter, such as representatives of the estate of decedent Sandra Sanchez. David Sanchez and Tracy Michelle Mangles respectfully request that this Court substitute them as the intervenor plaintiffs on behalf of decedent Sandra Sanchez.

2.  In the interests of justice, this Court should permit David Sanchez and Tracy Michelle Mangles to substitute on behalf of the decedent. This case has been settled, and thus there is no prejudice to the defendants.

## CONCLUSION

Because David Sanchez and Tracy Michelle Mangles are the decedent's son and daughter, such as representatives of the estate of decedent Sandra Sanchez, their motion for substitution should be granted.

Respectfully submitted,

THE O'QUINN LAW FIRM

_____
CHRISTOPHER K. GILBERT, ESQ.
TX Bar No. 24034247
U.S.D.C., S.D., Tx. ID: 31992
440 Louisiana Street, 24th Floor
Houston, Texas 77002
Telephone: 713-236-2677
Telecopier: 713-223-4870
EMAIL: cgilbert@gilbert-law.com

**ATTORNEYS FOR INTERVENOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of David Sanchez and Tracy Michelle Mangles' Motion for Substitution has been filed electronically and is available for viewing and downloading from the ECF system. Service on all attorneys of record who do not receive notice by electronic mail from the ECF system was accomplished as set forth below on April 16th, 2008.

/s/ _____

Dated: April 16th, 2008

## SERVICE LIST

***VIA US MAIL***

Daniel S. Pariser, Esq.
Ethan Greene, Esq.
Arnold & Porter, L.L.P.
555 12th Street, NW
Washington, D.C. 2004
**Counsel for Wyeth**

Gregory P. Miller, Esq.
Drinker, Biddle & Reath
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
**Special Discovery Master**

Michael Fishbein, Esq.
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
**Co-Chair of Plaintiffs' Management Committee**

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (Phentermine/Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: PEGGY MARTINEZ, et al. Plaintiffs, v. AMERICAN HOME PRODUCTS CORPORATION, et al., Defendants. | Civil Action No: 2:02-cv-20135-HB |

**PRETRIAL ORDER NO. _____**

AND NOW, this ____ day of ____, 2008, it is hereby ORDERED and DECREED that David Sanchez and Tracy Michelle Mangles' Motion for Substitution is GRANTED. Intervenor Plaintiffs David Sanchez and Tracy Michelle Mangles are substituted as the proper party plaintiffs for decedent Sandra Sanchez.

BY THE COURT:

_____
Chief Judge Harvey Bartle, III

3