```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| PEGGY MARTINEZ, et al. | |
| v. | CIVIL ACTION NO. 02-20135 |
| AMERICAN HOME PRODS. CORP., et al. | |

**PRETRIAL ORDER NO.**

AND NOW, on this 1st day of May, 2008, upon consideration of the motion of David Sanchez and Tracy Michelle Mangles for substitution, it is hereby ORDERED that David Sanchez and Tracy Michelle Mangles, as the representatives to the Estate of Sandra Sanchez, are substituted for the named plaintiff in this action.

BY THE COURT:

/s/ Harvey Bartle III
                                                    C.J.