```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| PEGGY MARTINEZ, et al. v. AMERICAN HOME PRODS. CORP., et al. | CIVIL ACTION NO. 02-20135 |

**PRETRIAL ORDER NO.** ____

AND NOW, on this 1st day of May, 2008, upon consideration of the motion of Diane McLaughlin and Alzay A. Dufrene for Substitution, it is hereby ORDERED that Diane McLaughlin and Alzay A. Dufrene, as heirs to the Estate of Marion Dufrene, are substituted for the named plaintiff in this action.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                                                C.J.