```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| PEGGY MARTINEZ, et al. v. AMERICAN HOME PRODS. CORP., et al. | CIVIL ACTION NO. 02-20135 |

**PRETRIAL ORDER NO.** _____

AND NOW, on this 1st day of May, 2008, upon consideration of the motion of Anna Cardinale for substitution, it is hereby ORDERED that Anna Cardinale, as executrix to the Estate of Louis Cardinale, is substituted for the named plaintiff in this action.

BY THE COURT:

/s/ Harvey Bartle III
                                        C.J.