IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | MDL DOCKET NO. 1203 |
| PEGGY MARTINEZ, et al., | Civil Action No. 2:02-cv-20135-HB |
| Plaintiffs, | |
| v. | |
| AMERICAN HOME PRODUCTS CORPORATION, et al., | |
| Defendants. | |

## STIPULATION AND PRETRIAL ORDER NO. 7821

AND NOW TO WIT: This 6th day of May 2008, it having been advised that all claims of Intervenors Diane McLaughlin and Alzay A. Dufrene, Jr., as the Heirs to the Estate of decedent Marion Dufrene, have been settled,

AND considering that the undersigned plaintiffs' counsel affirms that no claim of a minor or incapacitated person is being compromised as part of the settlement and that no minor or incapacitated person has an interest in the Estate of decedent Marion Dufrene,

IT IS HEREBY STIPULATED, ADJUDGE AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a), that pursuant to agreement of counsel, all claims of Intervenors Diane McLaughlin and Alzay A. Dufrene, Jr., as the Heirs to the Estate of decedent Marion Dufrene, in the case *Peggy Martinez, et al. v. American Home Products Corporation, et al.*, Civil Action No.

2:02-cv-20135-HB, including any and all claims, counterclaims, cross-claims and third party claims therein, are DISMISSED with prejudice and without costs as to all parties.

APPROVED AND SO ORDERED:

_____
Chief Judge Harvey Bartle, III

_____
Christopher K. Gilbert
THE O'QUINN LAW FIRM
(f/k/a O'QUINN, LAMINACK & PIRTLE)
2300 Lyric Centre Building
440 Louisiana
Houston, TX 77002

Counsel for Plaintiffs

_____
Jeffrey A. Burt
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Counsel for Wyeth