IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS )<br>(Phentermine/Fenfluramine/Dexfenfluramine) )<br>PRODUCTS LIABILITY LITIGATION ) | MDL NO. 1203 |
| THIS DOCUMENT RELATES TO: )<br>PEGGY MARTINEZ, et al. ) | Civil Action No: 2:02-cv-20135-HB |
| Plaintiffs, )<br>v. )<br>AMERICAN HOME PRODUCTS )<br>CORPORATION, et al., )<br>Defendants. ) | |

## SALLY M. BRAQUET AND SHELLEY BRAQUET-CORREDOR'S

## MOTION FOR SUBSTITUTION

Sally M. Braquet and Shelley Braquet-Corredor file this motion for substitution of parties and show the following:

1. Intervenor Plaintiff Betty Braquet passed away on August 1, 2002. Sally M. Braquet and Shelley Braquet-Corredor are the decedent's daughters, such as the heirs to the estate of decedent Betty Braquet. Sally M. Braquet and Shelley Braquet-Corredor respectfully request that this Court substitute them as the intervenor plaintiffs on behalf of decedent Betty Braquet.

2. In the interests of justice, this Court should permit Sally M. Braquet and Shelley Braquet-Corredor to substitute on behalf of the decedent. This case has been settled, and thus there is no prejudice to the defendants.

## CONCLUSION

Because Sally M. Braquet and Shelley Braquet-Corredor are the decedent's daughters, such as the heirs to the estate of decedent Betty Braquet, their motion for substitution should be granted.

Respectfully submitted,

THE O'QUINN LAW FIRM

_____
CHRISTOPHER K. GILBERT, ESQ.
440 Louisiana Street, 24th Floor
Houston, Texas 77002
Telephone: 713-236-2677
Telecopier: 713-223-4870
EMAIL: cgilbert@gilbert-law.com

**ATTORNEYS FOR INTERVENOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Sally M. Braquet and Shelley Braquet-Corredor's Motion for Substitution has been filed electronically and is available for viewing and downloading from the ECF system. Service on all attorneys of record who do not receive notice by electronic mail from the ECF system was accomplished as set forth below on May 14, 2008.

_____

Dated: May 14, 2008

## SERVICE LIST

*VIA US MAIL*

Daniel S. Pariser, Esq.
Ethan Greene, Esq.
Arnold & Porter, L.L.P.
555 12th Street, NW
Washington, D.C. 2004
**Counsel for Wyeth**

Gregory P. Miller, Esq.
Drinker, Biddle & Reath
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
**Special Discovery Master**

Michael Fishbein, Esq.
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
**Co-Chair of Plaintiffs' Management Committee**

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., L.P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202
**Co-Chair of Plaintiffs' Management Committee**

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
**Co-Chair of Plaintiffs' Management Committee**

Michael T. Scott, Esquire
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
**Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE DIET DRUGS<br>(Phentermine/Fenfluramine/Dexfenfluramine)<br>PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL NO. 1203 |
| THIS DOCUMENT RELATES TO:<br><br>PEGGY MARTINEZ, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS<br>    CORPORATION, *et al.*,<br><br>Defendants. | ) ) ) ) ) Civil Action No: 2:02-cv-20135-HB ) ) ) ) ) ) ) ) ) |

**PRETRIAL ORDER NO. _____**

AND NOW, this _____ day of _____, 2008, it is hereby ORDERED and DECREED that Sally M. Braquet and Shelley Braquet-Corredor's Motion for Substitution is GRANTED. Intervenor Plaintiffs Sally M. Braquet and Shelley Braquet-Corredor are substituted as the proper party plaintiffs for decedent Betty Braquet.

BY THE COURT:

_____
Chief Judge Harvey Bartle, III

3