```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 1203 |
| PEGGY MARTINEZ, ET AL.<br><br>        v.<br><br>AMERICAN HOME PRODS. CORP., ET AL. | :<br>:<br>: CIVIL ACTION NO. 02-20135<br>: |

**PRETRIAL ORDER NO.**

AND NOW, on this 27th day of May, 2008, upon consideration of the motion of Sally M. Barquet and Shelley Barquet-Corredor to substitute, it is hereby ORDERED that Sally M. Barquet and Shelley Barquet-Corredor, as heirs to the Estate of Betty Barquet, are substituted for the named plaintiff in this action.

BY THE COURT:

/s/ Harvey Bartle III
                                     C.J.