IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE / DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | MDL DOCKET NO. 1203 |
| PEGGY MARTINEZ, et al., <br><br>Plaintiffs, <br><br>v. <br><br>AMERICAN HOME PRODUCTS CORPORATION, et al., <br><br>Defendants. | Civil Action No. 2:02-cv-20135-HB |

## STIPULATION AND PRETRIAL ORDER NO. 7854

AND NOW TO WIT: This 30th day of May 2008, it having been advised that all claims of Intervenors Sally M. Braquet and Shelley Braquet-Corredor, as the Heirs to the Estate of decedent Betty Braquet, have been settled,

AND considering that the undersigned plaintiffs' counsel affirms that no claim of a minor or incapacitated person is being compromised as part of the settlement and that no minor or incapacitated person has an interest in the Estate of decedent Betty Braquet,

IT IS HEREBY STIPULATED, ADJUDGE AND DECREED, pursuant to Federal Rule of Civil Procedure 41(a), that pursuant to agreement of counsel, all claims of Intervenors Sally M. Braquet and Shelley Braquet-Corredor, as the Heirs to the Estate of decedent Betty Braquet, in the case *Peggy Martinez, et al. v. American Home Products Corporation, et al.*, Civil Action

APPROVED AND SO ORDERED:

_____
Chief Judge Harvey Bartle, III

_____
Christopher K. Gilbert
THE O'QUINN LAW FIRM
(f/k/a O'QUINN, LAMINACK & PIRTLE)
2300 Lyric Centre Building
440 Louisiana
Houston, TX 77002
Counsel for Plaintiffs

_____
Jeffrey A. Burt
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Counsel for Wyeth